```
                      UNITED STATES DISTRICT COURT
                         DISTRICT OF NEW JERSEY
```

_____
                                    :
JUAN VASQUEZ,                       :
                                    :   Civil Action No. 09-4764 (NLH)
            Petitioner,             :
                                    :
      v.                            :            **O R D E R**
                                    :            (CLOSED)
WARDEN, FCI FORT DIX,               :
                                    :
            Respondent.             :
_____:

    Based on this Court's Opinion filed herewith;

    IT IS ON THIS __29th__ day of ____JUNE____, 2010;

    ORDERED that Petitioner's application for a Writ of Habeas Corpus, pursuant to 28 U.S.C. § 2241, is hereby dismissed as moot; and it is further

    ORDERED that the Clerk of the Court is directed to close the file in this matter.

                                      /s/ NOEL L. HILLMAN
                                      NOEL L. HILLMAN
                                      United States District Judge

At Camden, New Jersey